WOLF WILENSKY and RAY WILENSKY his wife, and NATHAN STRAUSS v. MORRITZ YOUNG, doing business as YOUNG'S SANDWICH SHOP.

34 So. (2nd) 312                                    January Term, 1948
March 2, 1948                                              Division A

Affirmed.

MARY P. FINLAYSON and D. A. FINLAYSON, Her Husband, v. TOWN OF MONTICELLO, A Municipal Corporation.

34 So. (2nd) 312                                    January Term, 1948
March 2, 1948                                      Special Division B

Affirmed.

WILLIE PETTWAY v. STATE OF FLORIDA

34 So. (2nd) 312                                    January Term, 1948
March 2, 1948                                              Division A

Affirmed.

VICTOR V. STEAKLEY v. ARETHA MAE (STEAKLEY) SEUBERT

34 So. (2nd) 312                                    January Term, 1948
March 2, 1948                                      Special Division B

Affirmed.

NEIL BERK and LEON RUDD, doing business as NEIL BERK ASSO-CIATES, v. SAMUEL RITTER and A. J PLOTKIN, individually, jointly, and as Trustees of the S. and J. Realty Corporation, a Florida corporation, dissolved January 4, 1945.

34 So. (2nd) 459                                    January Term, 1948
March 5, 1948                                                En Banc

Affirmed.

CITY OF MIAMI, a municipal corporation located in Dade County Florida, v. CLYDE C. ELLISON.

34 So. (2nd) 459                                    January Term, 1948
March 5, 1948                                              Division A

Affirmed.

J. W. HAMM, et al., v. FLORIDA LAND HOLDING CORPORATION, a Florida corporation.

34 So. (2nd) 312                                    January Term, 1948
March 5, 1948                                              Division A
Rehearing denied March 22, 1948

Affirmed.